UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CRAMER,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>        Defendant. | Case No. 15-cv-00480-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 21 |

The parties have filed a stipulation of dismissal dated November 5, 2015. ECF No. 21. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 6, 2015

                                                                                   _____<br>
                                                                                    JON S. TIGAR<br>
                                                                    United States District Judge